[No. 27048-6-I.   Division One.   September 13, 1993.]

THE STATE OF WASHINGTON, *Appellant*, v. TAMARA
DENISE PARIS, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 90-1-03372-1, Norma Smith Huggins, J., entered September 10, 1990. *Reversed* by unpublished per curiam opinion.

[No. 29951-4-I.   Division One.   September 13, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL F.
JOHNSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 91-1-05321-5, Ann Schindler, J., entered January 10, 1993. *Remanded* and *vacated* by unpublished per curiam opinion.

[No. 28275-1-I.   Division One.   September 13, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM A.
TAYLOR, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 90-1-02648-1, Arthur E. Piehler, J., entered April 22, 1991. *Reversed* by unpublished per curiam opinion.

[No. 31965-5-I.   Division One.   September 13, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. ANDRE
TAYLOR, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 92-8-03331-5, John M. Darrah, J., entered December 3, 1992. *Remanded with instructions* by unpublished per curiam opinion.